EDMOND P. LA BRECK, Appellant, et al., Plaintiffs, v. MERETHEA KELM, Respondent.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict of the jury is against the weight of the evidence. All concur, except Taylor, P. J., and Piper, J., who dissent and vote for affirmance, on the ground that the record presents only questions of fact which were properly determined by the jury. (Appeal from a judgment for defendant for no cause of action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

JOHN B. MEYERS, as Administrator of the Estate of C. LEE MEYERS, Deceased, Respondent, v. GEORGE A. KNERR, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an action for real estate commissions, and in favor of plaintiff and against defendant for no cause of action on defendant's counterclaim.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

CLYDE M. COLE et al., Appellants, v. ALFONSO GIOIA et al., Doing Business under the Name of ALFONSO GIOIA AND SONS, Respondents.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for defendants for no cause of action in an automobile negligence action. The order denied plaintiffs' motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

In the Matter of the Probate of the Will of JENNIE M. BRECKWOLDT, Deceased. WILLIAM A. BRECKWOLDT, Appellant; MARGARET W. VOSBURGH, Respondent.— Decree and order affirmed, with costs. All concur. (Appeal from a decree denying probate of the alleged last will of decedent. Appeal is also taken from a County Court order denying proponent's motion to set aside the verdict of the jury as to question 4 and for a directed verdict or, in the alternative, for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

ADDELINE E. KLINE, as Committee of BURDETTE KLINE, Appellant, v. EZRA BISHOP, Respondent.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

FRED G. ADAMS et al., Appellants, v. TOWN OF WEST SENECA et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See 280 App. Div. 1038.]